May Term,
1860.

BENFIELD
v.
REYNOLDS.

WILLIAMS *v.* THE SAME.

Thursday,
June 7.

(1) *Ante*, 259.

---

BENFIELD *v.* REYNOLDS and Others.

Thursday,
June 7.

APPEAL from the *St. Joseph* Court of Common Pleas.

*Per Curiam.*—The appellant in this case having failed to file a brief, though the cause was submitted at the *May*

term, 1858, the appeal will be dismissed.  See Rule 28 of <span>May Term,</span>
this Court; Ind. Dig., 722.                                       **1860.**

 The appeal is dismissed with costs.

 *A. G. Deavitt*, for the appellant.

 *T. S. Stanfield* and *J. A. Liston*, for the appellees.